# UNITED STATES DISTRICT COURT
## DISTRICT OF ARIZONA - Yuma

MAGISTRATE JUDGE'S MINUTES

DATE: 1/8/2008          CASE NUMBER:   07-10860M-001

USA vs.  Cecilia Quiroz-Contreras                          ☐ CLOSED ☐

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney _____     INTERPRETER  Ricardo Gonzalez _____
                                              LANGUAGE  Spanish _____
Attorney for Defendant  Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA___
☐ Financial Afdvt taken        ☐ Initial Appearance        ☐ Appointment of counsel hearing held
☐ Rule 5(c)(3)                 ☐ Defendant Sworn            ☐ Financial Afdvt sealed
                               ☐ Defendant states true name to be ___. Further proceedings ORDERED
                                 in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☐ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>　☐ Flight risk  ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐ Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: Prosecution |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found  ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:<br>Before: |

Other: Government moves for dismissal of the complaint. Defense has no objection. Court grants motion and dismisses case without prejudice. Case is closed.

Recorded by Courtsmart (2 min)
BY:  Angela J. Tuohy
Deputy Clerk

DATE: 1/3/2008          CASE NUMBER:   07-10860M-001

USA vs.  Cecilia Quiroz-Contreras

U.S. MAGISTRATE JUDGE: JAY R. IRWIN #: 70BK

A.U.S. Attorney   None Present                    INTERPRETER  Marcia Resler
                                                  LANGUAGE   Spanish
Attorney for Defendant  Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA___                        ☐  Initial Appearance        ☐  Appointment of counsel hearing held
☐ Financial Afdvt taken       ☐  Defendant Sworn           ☐  Financial Afdvt sealed
☐ Rule 5(c)(3)                ☐  Defendant states true name to be __. Further proceedings  ORDERED
                                 in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant continue temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>   ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐  Warrant of removal issued. |
| **PRELIMINARY HEARING:** | **STATUS HEARING:** re: Plea / Sentence |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐  Probable cause found    ☐ Dismissed<br>☐  Held to answer before District Court | ☐ Held ☒ Con't ☐ Reset<br><br>Set for:    1/8/08 at 1:00 pm<br>Before:    Magistrate Judge Irwin |

Other:  Prosecution Agent Nicholas Kingston, appearing for the Government, moves for a continuance of the plea hearing.  Defense has no objection.  Court grants motion.

Recorded by Courtsmart
BY:  Angela J. Tuohy
Deputy Clerk

# UNITED STATES DISTRICT COURT                MAGISTRATE JUDGE'S MINUTES
## DISTRICT OF ARIZONA - Yuma

DATE: 12/19/07          CASE NUMBER:   07-10860M-001

USA vs.  Cecilia Quiroz-Contreras

U.S. MAGISTRATE JUDGE: JAY R. IRWIN  #: 70BK

A.U.S. Attorney   None Present _____        INTERPRETER   Ricardo Gonzalez _____
                                                       LANGUAGE   Spanish _____
Attorney for Defendant  Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): __

DEFENDANT: ☒ PRESENT ☐ NOT PRESENT ☒ CUSTODY

DOA  12/18/07          ☒  Initial Appearance        ☒  Appointment of counsel hearing held
☐ Financial Afdvt taken     ☒  Defendant Sworn          ☐  Financial Afdvt sealed
☐ Rule 5(c)(3)              ☐  Defendant states true name to be ___. Further proceedings ORDERED
                              in Defendant's true name.

| DETENTION HEARING: | IDENTITY HEARING: |
|---|---|
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>Set for:<br>Before:<br>☒ Defendant ordered temporarily detained in the custody of the United States Marshal<br>☐ Defendant ordered released _____<br>☐ Defendant continued detained pending trial<br>  ☐ Flight risk ☐ Danger | ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br><br>☐   Warrant of removal issued. |
| PRELIMINARY HEARING: | STATUS HEARING: re: Plea / Sentence |
| ☐ Held ☐ Con't ☐ Submitted ☐ Reset<br>☐ Waived<br>Set for:<br>Before:<br>☐ Probable cause found   ☐ Dismissed<br>☐ Held to answer before District Court | ☐ Held ☐ Con't ☐ Reset<br><br>Set for:     1/3/08 at 1:00 pm<br>Before:     Magistrate Judge Irwin |

Other: Defense moves for a continuance of the plea hearing.  Prosecution Agent Mario Guerrero, for the Government, has no objection.  Court grants motion and sets status hearing.


Recorded by Courtsmart
BY:  Angela J. Tuohy
Deputy Clerk

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA
V.
Cecilia QUIROZ-Contreras
Citizen of Mexico
YOB: 1974
A88 670 568
Illegal Alien

CRIMINAL COMPLAINT

CASE NUMBER: 07-10860M-SD

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief.

## COUNT I

That on or about December 18, 2007, near Andrade, California in the Southern District of California, Defendant Cecilia QUIROZ-Contreras, an alien, did knowingly and willfully enter the United States at a time or place other than as designated by Immigration Officers of the United States of America, in violation of Title 8, United States Code, Section 1325 (Misdemeanor).

Continued on the attached sheet and made a part hereof.   ☒ Yes   ☐ No

_Mario Guerrero_
Signature of Complainant
Mario Guerrero
Senior Patrol Agent

Sworn to before me and subscribed in my presence,

December 19, 2007                    at                    Yuma, Arizona
Date                                                City and State

Jay R. Irwin, U.S. Magistrate
Name & Title of Judicial Officer                    Signature of Judicial Officer

STATEMENT OF FACTUAL BASIS

Defendant:                              Cecilia QUIROZ-Contreras

Dependents:                           2 USC

**IMMIGRATION HISTORY:**      The Defendant is an illegal alien. **The Defendant has been apprehended on two (2) separate occasions by the Border Patrol.**

**CRIMINAL HISTORY:**            None Found.


Narrative:    The Defendant, a citizen of Mexico and illegally within the United States, was encountered by Yuma Border Patrol agents near Andrade, California.

The Defendant was questioned as to his citizenship and immigration status. Agents determined that the Defendant is an undocumented National of Mexico and illegally in the United States.

The Defendant was transported to the Yuma station for processing. During processing, questioning and computer record checks the above criminal and immigration information was obtained as it relates to this Defendant.

**The Defendant is being presented for prosecution proceedings under "Operation Streamline." The Defendant entered the United States from Mexico through a designated "zero tolerance zone."**

The Defendant last entered the United States illegally without inspection near Andrade, California on December 18, 2007.


Charges:    8 USC§1325                          (Misdemeanor)

_____
Signature of Complainant

Sworn to before me and subscribed in my presence,

_____December 19, 2007_____        _____
Date                                                                      Signature of Judicial Officer