UNITED STATES DISTRICT COURT | MAGISTRATE JUDGE'S MINUTES
SOUTHERN DISTRICT OF CALIFORNIA - Yuma | **Amended**

DATE: 1/8/2008    CASE NUMBER: 07-10860M-SD-001

**CLOSED**

USA vs. Cecilia Quiroz-Contreras

U.S. MAGISTRATE JUDGE: JAY R. IRWIN    #: 70BK

A.U.S. Attorney _____    INTERPRETER: Ricardo Gonzalez
LANGUAGE: Spanish
Attorney for Defendant: Juan Rocha (AFPD)
MATERIAL WITNESS(es): _____
MATERIAL WITNESS(es) state true name(s) to be: _____
Attorney for Material Witness(es): _____

DEFENDANT: ☒ PRESENT  ☐ NOT PRESENT  ☒ CUSTODY

DOA ___
☐ Initial Appearance   ☐ Appointment of counsel hearing held
☐ Financial Afdvt taken   ☐ Defendant Sworn   ☐ Financial Afdvt sealed
☐ Rule 5(c)(3)   ☐ Defendant states true name to be _____. Further proceedings ORDERED in Defendant's true name.

**DETENTION HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
Set for:
Before:
☐ Defendant ordered temporarily detained in the custody of the United States Marshal
☐ Defendant ordered released _____
☐ Defendant continued detained pending trial
  ☐ Flight risk ☐ Danger

**IDENTITY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Warrant of removal issued.

**PRELIMINARY HEARING:**
☐ Held ☐ Con't ☐ Submitted ☐ Reset
☐ Waived
Set for:
Before:
☐ Probable cause found   ☐ Dismissed
☐ Held to answer before District Court

**STATUS HEARING:** re: Prosecution
☐ Held ☐ Con't ☐ Reset
Set for:
Before:

Other: Government moves for dismissal of the complaint. Defense has no objection. Court grants motion and dismisses case without prejudice. Case is closed. **(3/21/08: amended to reflect correct caption. This is a Southern District of California case)**

Recorded by Courtsmart (2 min)
BY: Angela J. Tuohy
Deputy Clerk